This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**VICTOR LEE**,

 Petitioner-Appellee,

v.               **NO. 32,097**

**NEW MEXICO TAXATION AND REVENUE DEPARTMENT,**

 Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Thomas J. Hynes, District Judge**

Victor Lee
Shiprock, NM

Pro Se Appellee

Gary K. King, Attorney General
Taxation and Revenue Department
Peter Breen, Special Assistant Attorney General
Santa Fe, NM

for Appellant

# MEMORANDUM OPINION

**KENNEDY, Judge.**

Summary reversal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

**REVERSED.**

**IT IS SO ORDERED.**

_____

**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**JONATHAN B. SUTIN, Judge**